**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Jesus PEREZ–RAMIREZ,
Defendant–Appellant.**

**No. 04–20577.
Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

Decided June 29, 2006.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Southern District of Texas, Houston, TX, for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public Defender, Philip G. Gallagher, Federal Public Defender's Office, Southern District of Texas, Houston, TX, for Defendant–Appellant.

Before SMITH, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

Jesus Perez–Ramirez (Perez) appeals his conviction for possession with intent to distribute cocaine, aiding and abetting. For the first time on appeal, Perez argues that 21 U.S.C. § 841, the statute of conviction, is unconstitutional under *Apprendi v. New Jersey*, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000). Perez's appeal waiver does not bar review of this issue because he did not waive his right to appeal his conviction.

Perez acknowledges that the constitutional challenge is foreclosed by *United States v. Slaughter*, 238 F.3d 580, 582 (5th Cir.2000), and that he is raising the issue to preserve it for Supreme Court review.

AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.